UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Amber Creel, <br><br> Plaintiff, <br><br> v. <br><br> GC Services, L.P.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 6:13-cv-00374-RAW |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against all defendants with prejudice and without costs to any party.

| Amber Creel | GC Services, L.P. |
|---|---|
| /s/ Sergei Lemberg | /s/ Scott R. Helton |
| Sergei Lemberg, Esq. (SL 6331) <br> LEMBERG LAW LLC <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Attorney for Plaintiff | Scott R. Helton, Esq. <br> Pray Walker, PC <br> 100 W. 5th Street, Suite 900 <br> Tulsa, OK 74103 <br> (918) 581-5526 <br> Attorney for Defendant |

_____

SO ORDERED

## CERTIFICATE OF SERVICE

     I hereby certify that on May 15, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Oklahoma Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Scott R. Helton, Esq.
Pray Walker, PC
100 W. 5th Street, Suite 900
Tulsa, OK 74103
Attorney for Defendant

                                          By /s/ Sergei Lemberg
                                              Sergei Lemberg